B 6B (Official Form 6B) (12/07)

In re  RBIO, INC. DBA REGEN BIOLOGICS              ,     Case No.  11-11084
                     **Debtor**                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

      Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED LIST | | 1,170.07 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit for 545 Penobscot Dr; Redwood City, CA 94063 | | 58,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re **RBIO, INC. DBA REGEN BIOLOGICS**,  Case No. **11-11084**
              **Debtor**                                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | SEE ATTACHED LIST | | 2,738,324.84 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS         ,        Case No.  11-11084
      **Debtor**                                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | SEE ATTACHED LIST OF PATENTS & TRADEMARKS | | UNKNOWN |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | SEE ATTACHED DESCRIPTION OF LINVATEC LICENSE AGREEMENT | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | SEE ATTACHED LIST | | 7,790.59 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | SEE ATTACHED LIST | | 193,471.01 |
| 30. Inventory. | | SEE ATTACHED LIST | | 206,551.68 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | SEE ATTACHED LIST | | 236,531.60 |

                                                          X  continuation sheets attached   Total▶   $   3,441,839.79

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**RBIO, INC. DBA REGEN BIOLOGICS, DEBTOR**  CASE NO.   11-11084
SCHEDULE B, ITEM 2

|  | BALANCES 3/31/2011 |
|---|---|
| Capital One Bank Business Checking  - 4514006149 (Operating Account) Franklin Lakes, NJ | 1,083.94 |
| Capital One Bank Business Checking  - 4514005489 (Payroll Account) Franklin Lakes, NJ | 86.13 |
|  | 1,170.07 |

**RBIO, INC. DBA REGEN BIOLOGICS, DEBTOR**  CASE NO.   11-11084
SCHEDULE B, ITEM 16

**ACCOUNTS RECEIVABLE**

| | BALANCES 3/31/2011 | |
|---|---:|---:|
| *Trade Receivables:* | | |
| Linvatec Corporation (estimated royalty Q1 11) | 8,000.00 | |
| Linvatec Corporation | 585.00 | |
| ReGen Biologics AG, Swiss subsidiary of debtor's parent company, receivable for intercompany transfer price | 2,404,291.00 | |
| Intermountain Health Care | 96.00 | |
| University of Iowa | 975.00 | |
| Neurologic and Orthopedic | 1,986.56 | |
| Rush Ortho University | 126.98 | |
| Greenwich Hospital | 6,225.97 | |
| The Bisbee Group | 191.23 | 2,422,477.74 |
| | | |
| *Other Receivables:* | | |
| Francesco Allegra MD | 35.00 | |
| Cerner Corporation | 835.91 | |
| ReGen Biologics AG, Swiss subsidiary of debtor's parent company, receivable for intercompany advances | 314,976.19 | 315,847.10 |
| | | |
| **TOTAL RECEIVABLES** | | 2,738,324.84 |

# Patent Assets

| Country | No. | Issue Date or Filing Date | Expiration Date or Status | Title |
|---|---|---|---|---|
| Australia | 684183 | 12/4/1997 | 5/23/2015 | Meniscal Augmentation Device |
| Austria | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Belgium | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Canada | 2191330 | 2/13/2007 | 5/23/2015 | Meniscal Augmentation Device |
| Denmark | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| France | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Germany | 69533285.6 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Greece | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Ireland | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Italy | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Liechtenstein | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Luxembourg | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Monaco | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Netherlands | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Portugal | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Spain | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Sweden | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| Switzerland | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |
| UK | 0760598 | 7/21/2004 | 5/23/2015 | Meniscal Augmentation Device |

# Patent Assets

| Country | No. | Issue Date or Filing Date | Expiration Date or Status | Title |
|---|---|---|---|---|
| USA | 5735903 | 4/7/1998 | 4/7/2015 | Meniscal Augmentation Device |
| Austria | 1014865 | 4/30/2008 | 1/21/2018 | Device and Method for Driving a Needle and Meniscal Repair |
| France | 1014865 | 4/30/2008 | 1/21/2018 | Device and Method for Driving a Needle and Meniscal Repair |
| Germany | 1014865 | 4/30/2008 | 1/21/2018 | Device and Method for Driving a Needle and Meniscal Repair |
| Hong Kong | 1029726 | 12/12/2008 | 1/21/2018 | Device and Method for Driving a Needle and Meniscal Repair |
| Italy | 1014865 | 4/30/2008 | 1/21/2018 | Device and Method for Driving a Needle and Meniscal Repair |
| Spain | 1014865 | 4/30/2008 | 1/21/2018 | Device and Method for Driving a Needle and Meniscal Repair |
| Switzerland | 1014865 | 4/30/2008 | 1/21/2018 | Device and Method for Driving a Needle and Meniscal Repair |
| UK | 1014865 | 4/30/2008 | 1/21/2018 | Device and Method for Driving a Needle and Meniscal Repair |
| USA[1] | 5928252 | 6/27/1999 | 1/21/2017 | Device and Method for Driving a Needle and Meniscal Repair |
| Australia | 712098 | 2/10/2000 | 5/20/2016 | Collagen-Based Delivery Matrix |
| Canada | 2223427 | 5/20/1996 | Lapsed (can be reinstated by 6/11/2011) | Collagen-Based Delivery Matrix |
| France | 0831867 | 3/26/2003 | 5/20/2016 | Collagen-Based Delivery Matrix |
| Germany | 69626979.1 | 3/26/2003 | 5/20/2016 | Collagen-Based Delivery Matrix |
| UK | 0831867 | 3/26/2003 | 5/20/2016 | Collagen-Based Delivery Matrix |
| USA[1] | 5677284 | 10/14/1997 | 6/6/2015 | Charged Collagen Particle-Based Delivery Matrix |
| USA | 5674290 | 10/7/1997 | 4/5/2015 | Water-Stabilized Biopolymeric Implants |
| USA | 5800542 | 9/1/1998 | 4/5/2015 | Sterilization by Gamma Irradiation |
| Australia | 676832 | 7/17/1997 | 4/7/2013 | Prosthetic Ligaments |

**Patent Assets**

| Country | No. | Issue Date or Filing Date | Expiration Date or Status | Title |
|---|---|---|---|---|
| Canada | 2134111 | 8/3/2004 | 4/7/2013 | Prosthetic Ligaments |
| Denmark | 0639959 | 7/3/2002 | 4/7/2013 | Prosthetic Ligaments |
| France | 0639959 | 7/3/2002 | 4/7/2013 | Prosthetic Ligaments |
| Germany | 69332079.6 | 7/3/2002 | 4/7/2013 | Prosthetic Ligaments |
| Italy | 0639959 | 7/3/2002 | 4/7/2013 | Prosthetic Ligaments |
| Japan | 3653275 | 3/4/2005 | 4/7/2013 | Prosthetic Ligaments |
| Netherlands | 0639959 | 7/3/2002 | 4/7/2013 | Prosthetic Ligaments |
| Spain | 217484713 | 7/3/2002 | 4/7/2013 | Prosthetic Ligaments |
| Sweden | 0639959 | 7/3/2002 | 4/7/2013 | Prosthetic Ligaments |
| UK | 0639959 | 7/3/2002 | 4/7/2013 | Prosthetic Ligaments |
| Australia | 669686 | 10/9/1996 | 11/30/2012 | Prosthetic Articular Cartilage |
| Australia | 647144 | 6/30/1994 | 5/6/2011 | Prosthetic Intervertebral Disc |
| Canada | 2082427 | 10/31/2000 | 5/6/2011 | Prosthetic Intervertebral Disc |
| France | 0527936 | 7/23/1997 | 5/6/2011 | Prosthetic Intervertebral Disc |
| Germany | 69126971.8 | 7/23/1997 | 5/6/2011 | Prosthetic Intervertebral Disc |
| Italy | 0527936 | 7/23/1997 | 5/6/2011 | Prosthetic Intervertebral Disc |
| Japan | 3162375 | 2/23/2001 | 5/6/2011 | Prosthetic Intervertebral Disc |
| UK | 0527936 | 7/23/1997 | 5/6/2011 | Prosthetic Intervertebral Disc |
| USA | RE36370 | 11/2/1999 | 1/13/2012 | Resorbable Vascular Wound Dressings |
| USA | 5512291 | 4/30/1996 | 4/30/2013 | Resorbable Vascular Wound Dressings |

## Patent Assets

| Country | No. | Issue Date or Filing Date | Expiration Date or Status | Title |
|---|---|---|---|---|
| Canada | 2185789 | 2/15/2005 | 3/18/2014 | Soft Tissue Closure Systems |
| Japan | 3622972 | 12/3/2004 | 3/18/2014 | Soft Tissue Closure Systems |
| Japan | 4225960 | 12/5/2008 | 3/18/2014 | Soft Tissue Closure Systems |
| USA | 5326350 | 7/5/1994 | 5/11/2012 | Soft Tissue Closure Systems |
| USA[1] | 6350274 | 2/26/2002 | 5/11/2012 | Soft Tissue Closure Systems |
| USA | 5571181 | 11/5/1996 | 5/11/2012 | Soft Tissue Closure Systems |

---

[1] Patent currently assigned to Off Madison Avenue, with reversion back to Debtor when lien against patents is satisfied

## Trademark Assets

| Country | Mark | No. | Goods | Status |
|---|---|---|---|---|
| Australia | SHARPSHOOTER | 755095 | Surgical, medical, dental and veterinary apparatus and instruments including soft tissue repair devices; artificial limbs, eyes and teeth; orthopedic articles; suture materials | Filed 2/16/98; Registered 2/16/98; renewal due 2/16/18 |
| Canada | SHARPSHOOTER | 550388 | Soft tissue repair devices for use in suturing in orthopedic surgery | Filed 2/18/98; Registered 9/7/01; renewal due 9/7/16 |
| E.U. | SHARPSHOOTER | 755504 | Surgical, medical, dental and veterinary apparatus, instruments and devices; soft tissue repair devices | Filed 2/17/98; Registered 5/18/99; renewal due 2/17/18 |
| United States | REGEN | 2032386 | Medical devices, namely, implantable scaffolds for regeneration of natural tissue for prosthetic menisci | Filed 3/2/90; Registered 1/21/97; renewal due 1/21/17 |
| United States | SHARPSHOOTER | 2300495 | Soft tissue repair devices for use in orthopedic surgery | Filed 8/29/97; Registered 12/14/99; renewal due 12/14/19 |

Note: All U.S. Trademarks currently assigned to Off Madison Avenue with reversion back to Debtor when lien against trademarks is satisfied.

**RBIO, INC DBA REGEN BIOLOGICS, DEBTOR**                                    **CASE NO    11-11084**
                                                                              **SCHEDULE B, ITEM 23**

**DESCRIPTION OF LINVATEC LICENSE AGREEMENT**

> License agreement between ReGen Biologics, Inc. and Linvatec Corporation, dated April 7, 2000, as amended, granting Linvatec a worldwide, royalty bearing license under U.S. Patent 5,928,252, to sell the SharpShooter® Repair System. Linvatec pays ReGen a royalty on net sales of the product at the rate of (a) 12% for disposable handles and (b) 10% for all other components of the product. Royalties under this agreement are due and payable within 30 days after the end of a calendar quarter in which sales were generated.
>
> Royalties due under this agreement have been paid through the 4th quarter of 2010.
>
> The current value of the license is unknown.

RBIO, INC DBA REGEN BIOLOGICS, DEBTOR    CASE NO    11-11084
SCHEDULE B, ITEM 28

| ITEM | LOCATION | DATE PURCHASED | NET BOOK VALUE 3/31/11 |
|---|---|---|---|
| Laptop | NJ | 02/25/09 | $729.64 |
| PC | CA | 03/15/09 | $712.58 |
| PC | NJ | 03/15/09 | $1,124.29 |
| Dell Computer | CA | 02/23/09 | $487.99 |
| Laptop | NJ | 02/25/09 | $288.36 |
| Laptop | NJ | 04/27/09 | $1,256.88 |
| Computer | CA | 05/04/09 | $801.64 |
| Two PC's | CA | 06/01/09 | $1,816.73 |
| Projector | NJ | 2/25/2009 | $572.48 |
| **TOTAL ITEM 28** | | | **$7,790.59** |

NOTE: ALL OTHER ASSETS HAVE $0 NET BOOK VALUE AT 3/31/11

**RBIO, INC DBA REGEN BIOLOGICS, DEBTOR**          **CASE NO      11-11084**
                                                  **SCHEDULE B, ITEM 29**

| ITEM | LOCATION | DATE PURCHASED | NET BOOK VALUE 3/31/11 |
|---|---|---|---|
| Installation and Furnishing of New Doors | CA | 08/09/06 | $3,391.20 |
| RWC TI | CA | 03/07 - 06/07 | $44,189.46 |
| **Total Leasehold** | | | **$47,580.66** |
| | | | |
| Bio-rad Densitometer GS-700 | CA | 07/05/05 | $919.64 |
| Tooling Injection Molds | CA | 08/02/05 | $684.49 |
| CMI Medial Unimold | CA | 09/15/05 | $2,034.81 |
| Chatillon LFPlus Material Tester | CA | 11/30/05 | $5,030.48 |
| Chatillon XLC 250 N Load Cell | CA | 11/30/05 | $1,254.39 |
| CMI Medial Unimold | CA | 01/02/06 | $1,447.38 |
| PLLA suture anchor mold | CA | 03/17/06 | $2,141.25 |
| Freeze Dryer | CA | 05/31/06 | $115,106.30 |
| Mettler Range Balance | CA | 04/20/06 | $902.59 |
| Freeze Dryer July 06 Additional Expense | CA | 07/01/06 | $1,459.32 |
| Single Cavity Prototype Mold | CA | 7/12/06 - 5/1/2007 | $5,626.00 |
| Container Lids | CA | 05/24/07 | $179.30 |
| CMI Fabrication Molds | CA | 04/28/08 | $5,867.53 |
| Circulator Bath | CA | 12/08/08 | $3,236.85 |
| **Total Manufacturing** | | | **145,890.35** |
| | | | |
| **Total Item 29** | | | **193,471.01** |

NOTE: ALL OTHER ASSETS HAVE $0 NET BOOK VALUE AT 3/31/11

| RBIO, INC DBA REGEN BIOLOGICS, DEBTOR | | CASE NO | 11-11084 |
|---|---|---|---|
| | | | SCHEDULE B, ITEM 30 |

## INVENTORY

| FINISHED GOODS<br>PN Item | QUANTITY<br>3/31/11 | CARRYING<br>VALUE |
|---|---:|---:|
| 4701 Sutures-10 | 201 | 36,117.69 |
| 4701C Sutures-10 | 20 | 3,593.80 |
| 4703 Sutures-4 | 142 | 12,204.90 |
| 4750 Cannulae | 70 | 7,499.10 |
| 4750C Cannulae | 15 | 1,606.95 |
| 4751 Cannulae | 86 | 9,213.18 |
| 4751C Cannulae | 13 | 1,392.69 |
| 4752 Cannulae | 95 | 10,218.20 |
| 4752C Cannulae | 22 | 2,366.32 |
| 4753 Cannulae | 104 | 11,186.24 |
| 4753C Cannulae | 13 | 1,398.28 |
| 4754 Cannulae | 62 | 6,315.94 |
| 4754C Cannulae | 6 | 611.22 |
| 4755 Cannulae | 33 | 3,361.71 |
| 4758 Tray | 172 | 21,727.04 |
| 4758C Tray | 9 | 1,136.88 |
| *SUBTOTAL SS FG* | 1,054 | 128,813.26 |
| 4601 CMI 11M | 41 | 8,566.13 |
| 4603 Measuring rod | 37 | 433.64 |
| 4603C Measuring rod | 27 | 316.44 |
| 4604 Delivery cannula | 5 | 238.90 |
| 4604C Delivery cannula | 28 | 1,337.84 |
| 4608 Meas dev cannula | 17 | 750.04 |
| 4608C Meas dev cannula | 10 | 441.20 |
| 4609 Push rod | - | - |
| 4609C Push rod | 119 | 668.78 |
| 4610 CLAMP | 12 | 1,896.84 |
| 4610C CLAMP | - | - |
| *SUBTOTAL CMI FG* | 296 | 14,649.81 |
| *TOTALS FG* | 1,350 | 143,463.07 |
| **WORK IN PROCESS** | | |
| 2103 Measuring rod | 592 | 4,588.00 |
| 2105 Meas dev cannula | 186 | 7,746.90 |
| 2115 Delivery Clamp | 77 | 10,565.17 |
| 3201 CMI 11M | 100 | 20,893.00 |
| | - | |
| *TOTAL WIP* | 955 | 43,793.07 |
| *RAW MATERIALS--SEE DETAIL PAGE* | | 19,295.54 |
| TOTAL INVENTORY | | 206,551.68 |

RBIO, INC DBA REGEN BIOLOGICS, DEBTOR  CASE NO  11-11084
SCHEDULE B, ITEM 30

INVENTORY--RAW MATERIALS DETAIL

| Part No. | Description | Units | Unit Cost | Qty | Carrying Value | Exp Date |
|---|---|---|---|---|---|---|
| 1020 | Tendon, Bovine | lb | 16.500 | 0 | | |
| 1100 | Ammonia Solution, Strong | mL | 0.076 | 0 | | |
| 1105 | Formaldehyde Solution, USP | g | 0.053 | 0 | | 6/22/2010 |
| 1110 | Hydrochloric Acid, NF | mL | 0 | 0 | | NA |
| 1115 | Isopropyl Alcohol, USP | L | 28.888 | 28 | 808.85 | Oct-11 |
| 1120 | Lactic Acid, USP | mL | 0.16038 | 101.5 | 16.28 | 6/30/2011 |
| 1125 | Sodium Chloride, USP | g | 0.06029 | 3256.5 | 196.33 | Mar-12 |
| 1130 | Sodium Hydroxide, USP | g | 0.063 | 0 | | |
| 1135 | Sodium Sulfate, USP | kg | 0.0600 | 1860.7 | 111.66 | Jan-13 |
| 1140 | Sulfuric Acid, USP | mL | 0.076 | 0 | | |
| 1145 | Sodium Chondroitin Sulfate | g | 1.950 | 0 | | |
| 1150 | Sodium Hyaluronate | g | 150.000 | 10.619 | 1,592.85 | |
| 2001 | CMI Blister, Inner, Irradiated | ea | 5.198 | 0 | | |
| 2002 | CMI Blister, Outer, Irradiated | ea | 5.198 | 0 | | |
| 2002 | CMI Blister, Outer, Irradiated, Non-Conforming | ea | 5.198 | 0 | | |
| 2003 | CMI Lid, Inner, Irradiated | ea | 0.080 | 0 | | |
| 2004 | CMI Lid, Outer, Irradiated | ea | 0.112 | 0 | | |
| 2007 | CMI Lid, Inner, Non-Sterile | ea | 0.080 | 0 | | |
| 2008 | CMI Lid, Outer, Non-Sterile | ea | 0.112 | 0 | | |
| 2009 | Screen, Polypropylene, 20-60 Mesh | sq. in. | 0.035 | 0 | | |
| 2010 | Screen, Polypropylene, 157 Mesh | sq. in. | 0.021 | 0 | | |
| 2011 | Foil Pouch, 6 x 8 | ea | 0.610 | 0 | | |
| 2012 | Polyester & Tyvek Pouch, 6" x 8" | ea | 0.3848 | 1904 | 732.66 | |
| 2016 | Surgical Suture Carton, Unprinted | ea | 1.160 | 706 | 818.96 | |
| 2017 | Cannula Carton, Unprinted | ea | 1.493 | 873 | 1,981.71 | |
| 2019 | Carton, SS Handle, Single | ea | 2.58194 | 424 | 1,094.74 | |
| 2022 | Foil Pouch, 5 X 8 | ea | 0.620 | 2436 | 1,510.32 | |
| 2023 | Polyester & Tyvek Chevron Pouch, 3 1/4x12" | ea | 0.000 | 470 | - | |
| 2024 | Polyester & Tyvek Chevron Pouch, 4 1/2x 11 1/4" | ea | 0.000 | 457 | | |
| 2025 | Polyester & Tyvek Chevron Pouch, 4 1/2x15 1/4" | ea | 0.000 | 467 | | |
| 2026 | Polyester & Tyvek Chevron Pouch, 5 3/2x 14 1/2" | ea | 0.000 | 448 | | |
| 2031 | CMI Blister, Inner, Inspected | ea | 0.220 | 564 | 124.08 | |
| 2031 | CMI Blister, Inner, Irradiated, Non-Conforming | ea | 0.100 | 0 | | |
| 2032 | CMI Blister, Outer, Inspected | ea | 0.27 | 391 | 105.57 | |
| 2032 | CMI Blister, Outer, Irradiated, Non-Conforming | ea | 0.135 | 0 | | |
| 2033 | CMI Lid, Inner, Irradiated | ea | 0.040 | 0 | | |
| 2034 | CMI Lid, Outer, Irradiated | ea | 0.080 | 0 | | |
| 2035 | CMI Blister, Inner, Non-Sterile | ea | 0.233 | 4153 | 968.44 | |
| 2036 | CMI, Blister, Outer, Non-Sterile | ea | 0.2727 | 5032 | 1,372.23 | |
| 2037 | CMI Lid, Inner, Non-Sterile | ea | 0.2 | 1404 | 280.80 | |
| 2038 | CMI Lid, Outer, Non-Sterile | ea | 0.15 | 1851 | 277.65 | |
| 2040 | CMI Lid, Outer, Tyvek, Irradiated | ea | 0.076 | 0 | | |
| 2050 | Filter Unit | ea | | 0 | | |
| 2055 | Tubing Silicone, 1/4" ID | bx | | 3 | | |
| 2110 | CMI Measuring & Delivery Replacement | ea | NC | 0 | | |
| 2111 | Pouch, Paper/Polyester, 4" x 12" | ea | 0.1975 | 182 | 35.95 | |
| 2116 | Pouch, Polyester/Tyvek, 6.50" x 11" | ea | 0.736 | 1297 | 953.94 | |
| 2200 | Jar, Polypropylene w/screw cap, 500ml | ea | 3.790 | 0 | - | |
| 2201 | Jar, Polypropylene w/screw cap, 1000ml | ea | 5.408 | 0 | - | |
| 2500 | Sharpshooter Shelf-Pack (5/box) | ea | 83.000 | 0 | - | |
| 2550 | Cannula, Right Posterior | ea | 83.000 | 0 | - | |
| 2551 | Cannula, Left Posterior | ea | 83.000 | 0 | - | |
| 2552 | Cannula, Right Middle | ea | 83.000 | 0 | - | |
| 2553 | Cannula, Left Middle | ea | 83.000 | 0 | - | |
| 2554 | Cannula, Right Anterior | ea | 83.000 | 0 | - | |
| 2555 | Cannula, Left Anterior | ea | 83.000 | 0 | - | |
| 2558 | Autoclave case | ea | 113.010 | 0 | - | |
| 2560 | Silicon Tubing | inch | 0.07342 | 551 | 40.45 | |
| 2561 | Bag, Reclosable, 3"x10" | ea | 0.100 | 751 | 75.10 | |
| 2562 | Bag, LDPE, 6"x15" | ea | 0.038 | 481 | 18.28 | |
| 2563 | Bag, LDPE, 5"x15" | ea | 0.024 | 515 | 12.36 | |
| 2564 | Bag, Polyethylene, 8"x12", 4 mil | ea | 0.080 | 1653 | 132.24 | |
| 2565 | Sharp Shooter Cannula Card | ea | 0.000 | 499 | - | |
| 2590 | Surgical Sutures, 10, Sterile | ea | 0 | 0 | - | |
| 2594 | Carton, Unprinted, Surgical Suture, box of 4 | ea | 2.578 | 852 | 2,196.46 | |
| 5120 | Measuring & Delivery System, IFU | ea | NC | 0 | | |
| 5124 | Caution, Non-Sterile Labels | ea | 0.13418 | 1182 | 158.60 | |
| 5135 | IFU, CMI Measuring and Delivery | ea | NC | 212 | | |
| 5145 | IFU, Menaflex Implant, USA | ea | 0.63 | 1056 | 665.28 | |
| 5146 | Label, Caution Both Sterile and Non-Sterile | ea | NC | 117 | | |
| 5176 | IFU, Sugical Suture, EtO Sterilzed, Linvatec | ea | NC | 74 | | |
| 5186 | Cannula Package Insert, US | ea | 0.246 | 75 | 18.45 | |
| 5197 | SharpShooter Instruction For Use, US | ea | 0.542 | 0 | - | |
| 5198 | Carton End Seal | ea | 0.016 | 4335 | 69.36 | |
| 5210 | CMI Package Insert, Investigational, US | ea | NC | 0 | | |
| 5288 | Instructions For Use, Cannula, ReGen AG | ea | 0.68 | 0 | | |
| 5289 | IFU, CMI MD System | ea | NA | 0 | | |
| 5296 | Instructions For Use, Surgical Sutures, ReGen AG | ea | NA | 0 | | |
| 5297 | Instructions For Use, SharpShooter, ReGen AG | ea | 0.68 | 0 | | |
| 5500 | CMI Investigational Label, EU | ea | NC | 0 | | |
| 5510 | CMI Package Insert, Investigational, EU | ea | NC | 0 | | |
| 5511 | CMI Package Insert Annex, Investigational, EU | ea | NC | 0 | | |
| 5515 | CMI Carton, Investigational , EU | ea | NC | 0 | | |
| 5517 | Tamper Evident Seal | ea | NC | 0 | | |
| 5518 | Clinical Testing Label, EU | ea | NC | 0 | | |
| 5519 | Index of Subsidiaries/Distributors | ea | NC | 0 | | |
| 5520 | Instruments for Arthroskopie | ea | NC | 0 | | |
| 5600 | CMI Unit Label, Commercial, EU | ea | NA | 0 | | |
| 5601 | CMI Carton Label, Commercial, EU | ea | NA | 0 | | |
| 5610 | CMI Package Insert, Commercial, ReGen AG | ea | 0.865 | 801 | 692.87 | |
| 5615-01 | CMI Carton, Slide Box, Commercial, EU | ea | 1.091 | 576 | 628.42 | |
| 5615-02 | CMI Carton, Printed Cover, Commercial, EU | ea | 1.091 | 574 | 626.23 | |
| 5616 | Label, Shipping, CMI Storage Temperature | ea | NC | 163 | | |
| 5900 | Radiation Label Indicator, Chemical | ea | 0.03 | 881 | 26.43 | 2/11/2012 |
| 6105 | Isopropyl Alcohol, 70% USP, Sterile Filtered | gal | 48.750 | 16 | 780.00 | 7/1/2012 |
| 6106 | Air, Compressed | ea | 172.00 | 1 | 172.00 | |
| | | | TOTAL RAW MATERIALS | | 19,295.54 | |

**RBIO, INC. DBA REGEN BIOLOGICS, DEBTOR**  CASE NO.  11-11084
SCHEDULE B, ITEM 35

Item 35. Prepayments to suppliers for product

| | BALANCES 3/31/2011 |
|---|---|
| Clairson | 193,914.00 |
| Peridot | 29,580.00 |
| Paragon | 5,800.00 |
| Sterigenics | 3,067.60 |
| KP | 2,130.00 |
| AppTec | 2,040.00 |
| | 236,531.60 |