B 6F (Official Form 6F) (12/07)

**In re** RBIO, INC. DBA REGEN BIOLOGICS , **Case No.** 11-11084
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 20-REGE <br> Advanced Cleanroom Micro. <br> 3250 South Susan St. Suite A <br> Santa Ana CA 92704 | | | trade payable | | | | 1,515.96 |
| ACCOUNT NO. CREG500 <br> AMPAC Corporation <br> 5305 Parkdale Drive <br> Minneapolis MN 55416 | | | trade payable | | | | 1,164.88 |
| ACCOUNT NO. 186825 <br> Alliance Gas Products <br> 4600 Malat Street <br> Oakland CA 94601 | | | trade payable | | | | 23.30 |
| ACCOUNT NO. <br> Anatomy Gifts Registry <br> 7522 Connelley Drive #P <br> Hanover MD 21076 | | | trade payable | | | | 1,956.00 |

Subtotal ➤ $ 4,660.14

__14__ continuation sheets attached

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS          ,          Case No.  11-11084
                  **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1127851<br>AppTec Laboratory Services<br>1265-B Kennestone Circle<br>Marietta GA 30066-6037 | | | trade payable | | | | 21,562.00 |
| ACCOUNT NO. 304225568001<br>ATT2969<br>PO Box 78522<br>Phoenix AZ 85062-8522 | | | trade payable | | | | 364.13 |
| ACCOUNT NO. 102150635<br>Avaya Inc<br> PO Box5332<br>NewYork NY 10087-5332 | | | trade payable | | | | 1,844.56 |
| ACCOUNT NO. 2078126<br>Bay Alarm<br>856 Mitten Road<br>Burlingame CA 94010 | | | trade payable | | | | 1,033.02 |
| ACCOUNT NO.<br>Bayside Solutions<br>6160 Stoneridge Road #320<br>Pleasanton CA 94588 | | | trade payable | | | | 10,480.00 |

Sheet no. __1__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 35,283.71

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**In re** RBIO, INC. DBA REGEN BIOLOGICS ,  **Case No.** 11-11084
          **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Biomerieux <br> PO Box 500308 <br> St. Louis MO 63042-2320 | | | trade payable | | | | 547.83 |
| ACCOUNT NO. <br> Business Link Courier <br> PO Box 774 <br> Millersville MD 21108 | | | trade payable | | | | 275.10 |
| ACCOUNT NO. <br> C&C <br> 1473 Rollins Road <br> Burlingame CA 94010 | | | trade payable | | | | 2,530.23 |
| ACCOUNT NO. <br> Calculated <br> 1134-B Aster Ave <br> Sunnyvale CA 94086 | | | trade payable | | | | 1,244.50 |
| ACCOUNT NO. <br> Cintas Cleanroom Resources <br> 2221 Will Wool Drive <br> San Jose CA 95112 | | | trade payable | | | | 2,021.16 |

Sheet no. 2 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 6,618.82

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS        ,          Case No.  11-11084
                    Debtor                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7956709<br><br>Computer Patent Annuities Ltd 275 Reinekers Lane #400 Alexandria VA 22314 | | | trade payable | | | | 62,073.59 |
| ACCOUNT NO. 1050849143<br><br>City of Redwood Department 1201 Los Angeles CA 90084-1201 | | | trade payable | | | | 5,026.59 |
| ACCOUNT NO. 248623.-01<br><br>Cole Parmer Instrument Co 13927 Collection Center Dr Chicago IL 60693 | | | trade payable | | | | 3,070.92 |
| ACCOUNT NO.<br><br>Commonwealth Orthopedics 8501 Arlington Blvd. #550 Fairfax VA 22031 | | | trade payable | | | | 1,560.00 |
| ACCOUNT NO.<br><br>D&B PO Box 75434 Chicago IL 60675-5434 | | | trade payable | | | | 3,210.00 |

Sheet no. 3 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 74,941.10

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS        ,        Case No. 11-11084
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dimension 6 Creative, Inc. <br> PO Box 599 <br> Capitola CA 95010 | | | trade payable | | | | 1,487.50 |
| ACCOUNT NO. <br> Dubrol <br> PO Box 369 - 60 Ogilvie Dr <br> Jefferson City MT 59638 | | | trade payable | | | | 1,957.46 |
| ACCOUNT NO. <br> E&E Exhibit <br> 1365 W. Autodrive <br> Tempe AZ 85284 | | | trade payable | | | | 939.54 |
| ACCOUNT NO. 23690078 <br> Express Services, Inc. <br> File 749073 <br> Los Angeles CA 90074-9073 | | | trade payable | | | | 3,872.49 |
| ACCOUNT NO. 2486477 1017 <br> Extra Space Storage <br> 487 Hackensack Ave River <br> Edge NJ 07661 | | | trade payable | | | | 284.99 |

Sheet no. __4__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  8,541.78

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS        ,        Case No.  11-11084
            **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 214806762<br>Federal Express<br>P.O. Box371461<br>Pittsburgh PA 15250-7461 | | | trade payable | | | | 272.85 |
| ACCOUNT NO. 158756<br>Fisher Scientific<br>PO box 3648<br>Boston MA 02241-3648 | | | trade payable | | | | 161.79 |
| ACCOUNT NO.<br>YOH Services Inc<br>Dept AT40151<br>Atlanta, GA  31192 | | | trade payable | | | | 17,321.00 |
| ACCOUNT NO.<br>Henry M. Jackson Fdtn Naval Medical Center-Surgical Lab<br>San Diego CA 92134 | | | trade payable | | | | 3,740.00 |
| ACCOUNT NO.<br>ImperiaCredit Cop<br>45 East River Park Pl #308<br>Fresno CA 93720 | X | | insurance premium financing | | | | 122,816.75 |

Sheet no. 5 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 144,312.39

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS           ,     Case No.  11-11084
           Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. K308M  Iron Mountain  PO Box 27128  New York NY 10087-7128 | | | trade payable | | | | 836.38 |
| ACCOUNT NO.  Juma Technology Corp.  100 Broadhollow Rd. #100  Farmingdale NY 11735 | | | trade payable | | | | 1,166.75 |
| ACCOUNT NO. 10186  Macke  PO Box 545  Wheeling IL 60090 | | | trade payable | | | | 140.00 |
| ACCOUNT NO.  Magnifi Group  2633 Ariane Drive  San Diego CA 92117 | | | trade payable | | | | 7,592.50 |
| ACCOUNT NO.  Majer Clinical Research , Inc.  330 S Michigan Ave #1707  Chicago IL 60604 | | | trade payable | | | | 412.50 |

Sheet no. 6 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 10,148.13

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS          ,          Case No.  11-11084
       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mangar<br>97 Britain Drive<br>New Britain PA 18901 | | | trade payable | | | | 2,257.30 |
| ACCOUNT NO.<br>Mettler<br>PO Box 100682<br>Pasadena CA 91189-0682 | | | trade payable | | | | 640.00 |
| ACCOUNT NO.<br>Michael Dichiara<br>1 Garden Street<br>Hicksville NY 11801 | | | trade payable | | | | 1,000.00 |
| ACCOUNT NO. G33138-B34928<br>Millipore<br>80 Ashby Road<br>Bedford MA 01730 | | | trade payable | | | | 2,296.64 |
| ACCOUNT NO.<br>Modified<br>242 Humboldt Ct<br>Sunnyvale CA 94089-1315 | | | trade payable | | | | 1,903.50 |

Sheet no. 7 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 8,097.44

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS ,  Case No. 11-11084
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mountain Medical Designs,LL PO Box 3000 PMB 176 Edwards CO 81632 | | | trade payable | | | | 19,839.60 |
| ACCOUNT NO. newsPRos 20 South Murray Avenue Ridgewood NJ 07450 | | | trade payable | | | | 22,000.00 |
| ACCOUNT NO. NYU Hospital Joint Disease 301 East 17th Street #1547 NewYork NY 10003 | | | trade payable | | | | 8,662.26 |
| ACCOUNT NO. Orthopaedic Learning Center 6300 N. River Road #103 Rosemont IL 60018 | | | trade payable | | | | 1,350.00 |
| ACCOUNT NO. Paragon Dept CH 19377 Palatine IL 60055-9 | | | trade payable | | | | 1,287.00 |

Sheet no. 8 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 53,138.86

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC DBA REGEN BIOLOGICS    ,        Case No.  11-11084
         **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5445051<br><br>PBCC<br>PO Box 856460<br>Louisville KY 40285-6460 | | | trade payable | | | | 766.50 |
| ACCOUNT NO. 9334520588<br><br>PG&E<br>P.O. Box 997300<br>Sacramento CA 95899-7300 | | | trade payable | | | | 2,349.49 |
| ACCOUNT NO.<br><br>Promo Depot MatchPoint<br>PO Box 281996<br>Atlanta GA 30384-1996 | | | trade payable | | | | 791.98 |
| ACCOUNT NO.<br><br>Pumps<br>306 Digital Drive<br>Morgan Hil CA 95037-3102 | | | trade payable | | | | 2,947.24 |
| ACCOUNT NO. 16346567866<br><br>Purchase Power<br>PO Box 856042<br>Louisville KY 40285 | | | trade payable | | | | 67.08 |

Sheet no. 9 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 6,922.29

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS          ,        Case No.  11-11084
                     **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5204637<br>Recall<br>PO Box 79245<br>City of Industry CA 91716-92 | | | trade payable | | | | 60.96 |
| ACCOUNT NO.<br>RHS<br>685 Shore Road<br>Severna Park MD 21146 | | | trade payable | | | | 4,140.00 |
| ACCOUNT NO. REG10<br>Royal Paper<br>PO Box 458<br>Montebello CA 90640 | | | trade payable | | | | 7,673.37 |
| ACCOUNT NO.<br>RS Calibration<br>1047 Serpentine Lane #500<br>Pleasanton CA 94566-8456 | | | trade payable | | | | 374.00 |
| ACCOUNT NO.<br>Sawbones<br>10221 S.W. 188th Street<br>Vashon Island WA 98070 | | | trade payable | | | | 1,025.00 |

Sheet no. __10__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 13,273.33

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  RBIO, INC. DBA REGEN BIOLOGICS          ,          Case No. 11-11084
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Seaport Centre, 701 Chesapeake Drive, Redwood City CA 94063 | | | trade payable | | | | 298,378.65 |
| ACCOUNT NO. Sefar, 525 Monterey Pass Road, Monterey Park CA 91754 | | | trade payable | | | | 2,185.00 |
| ACCOUNT NO. Smith & Nephew, PO Box 60333, Charlotte NC 28260-0333 | | | trade payable | | | | 5,054.27 |
| ACCOUNT NO. Stan Thomas, 127 Coleridge Ave, Palo Alto CA 94301 | | | trade payable | | | | 1,530.00 |
| ACCOUNT NO. J. Richard Steadman MD, 181 W. Meadow Dr #400, Vail CO 81657 | | | trade payable | | | | 11,147.29 |

Sheet no. 11 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 318,295.21

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS , Case No. 11-11084
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sterigenics<br>344 Bonnie Circle<br>Corona CA 92882 | | | trade payable | | | | 9,840.00 |
| ACCOUNT NO.<br>Storage USA<br>8207 Veterans Highway<br>Millersville MD 21108 | | | trade payable | | | | 287.00 |
| ACCOUNT NO.<br>Western-Allied<br>1180 O'Brien Drive<br>Menlo Park CA 94025 | | | trade payable | | | | 2,786.48 |
| ACCOUNT NO. 198200<br>Surgical Specialties<br>135 S. LaSalle<br>Chicago IL 60674-4125 | | | trade payable | | | | 46,547.30 |
| ACCOUNT NO.<br>Thermosafe<br>3930 N Ventura Dr #450<br>Arlington Heights IL 60004 | | | trade payable | | | | 1,476.49 |

Sheet no. 12 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 60,637.27

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS   ,    Case No.  11-11084
         Debtor                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Univ of Iowa Sports Medicine <br> 200 Hawkins Drive, JPP <br> Iowa City IA 52242-1088 | | | trade payable | | | | 750.00 |
| ACCOUNT NO. 2013422261524 <br> Verizon <br> PO Box 4833 <br> Trenton NJ 08650 | | | trade payable | | | | 236.49 |
| ACCOUNT NO. 26182610 <br> Verizon Wireless <br> PO Box 408 <br> Newark NJ 07101 | | | trade payable | | | | 1,030.64 |
| ACCOUNT NO. <br> Vista Labs <br> 1030 N Charles Street 4th fl <br> Baltimore MD 21201 | | | trade payable | | | | 22,218.00 |
| ACCOUNT NO. <br> VWR <br> 3745 Bayshore Blvd <br> Brisbane CA 94605 | | | trade payable | | | | 2,042.89 |

Sheet no. 13 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 26,278.02

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  RBIO, INC. DBA REGEN BIOLOGICS          ,   Case No. 11-11084
         Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> WebEx Comminications Inc. <br> PO Box 49216 <br> San Jose CA 95161-9216 | | | trade payable | | | | 1,054.00 |
| ACCOUNT NO. <br> Linvatec Corporation <br> 11311 Concept Boulevard <br> Largo, FL  33773 | | | customer deposit for product order, pending shipment from supplier | | | | 247,001.76 |
| ACCOUNT NO. <br> ReGen Biologics, Inc. <br> 411 Hackensack Ave. <br> Hackensack, NJ  07601 | | | intercompany payable to parent company | | X | | 59,613,858.25 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 14 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 59,861,914.01

Total➤  $ 60,633,062.70
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)