# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Case No. 11-11083 (PJW) |
| ) | Jointly Administered |
| REGEN BIOLOGICS, INC., et al.,[1] ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Re: Docket No. 3 |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Motion of the Debtors for Order Directing Joint Administration of Chapter 11 Cases (the "Motion"),[2] and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and no other or further notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors in these cases are ReGen Biologics, Inc. ("ReGen") and RBio, Inc ("RBio"). The last four digits of ReGen's and RBio's EIN are 6415 and 8652, respectively. The other name used by RBio is ReGen Biologics.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

1. The Motion is GRANTED.

2. In accordance with Rule 1015(b) of the Bankruptcy Rules, the above-captioned chapter 11 cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

3. The Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of ReGen Biologics, Inc., Case No.11-11083 (PJW).

4. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Case No. 11-11083 (PJW) |
| ) | Jointly Administered |
| **REGEN BIOLOGICS, INC., et al.,**[1] ) | |
| ) | Chapter 11 |
| Debtors. ) | |

5. An entry shall be made in the docket of the chapter 11 cases of each Debtor that is substantially similar to the following:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the chapter 11 cases of ReGen Biologics, Inc. and RBio, Inc. The docket in Case No. 11-11083 (PJW) should be consulted for all matters affecting this case.

---

[1] The Debtors in these cases are ReGen Biologics, Inc. ("ReGen") and RBio, Inc ("RBio"). The last four digits of ReGen's and RBio's EIN are 6415 and 8652, respectively. The other name used by RBio is ReGen Biologics.

6. In accordance with section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n), the jointly administered caption in these chapter 11 cases shall list (a) the last four digits of the Debtors' tax identification numbers, and (b) other names previously used by the Debtors.

7. Nothing contained in the Motion or in this Order shall be construed to cause substantive consolidation of these chapter 11 cases.

8. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 5, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge